- Exhibit D filed by Plaintiff in support of its Motion for Summary Judgment on 08/18/10 as Document 38-4;

- Exhibit 2 filed by Plaintiff in reply to defendants' opposition to plaintiff's Motion for Summary Judgment on 10/12/10 as Document 49-2;

- Plaintiff's Reply Memorandum of Law in Further Support of Its Motion for Summary Judgment, filed on 10/12/10 as Document 48;

- Plaintiff's letter dated October 4, 2010, to the court, filed October 4, 2010 as Document 45;

- Affidavit of Carolyn Viveiros dated September 23, 2010, in opposition to plaintiff's motion for summary judgment, and Exhibits D-1 through D-17 annexed thereto;

- Affidavit of Carolyn Viveiros dated October 22, 2010, in support of this motion for leave to amend defendants' answer, and Exhibits D-18 through D-20 annexed thereto; and;

- Defendants' Memorandum in Opposition to Getty's Motion for Summary Judgment, filed on September 28, 2009, as Document 42;

- Defendants' memorandum of law in support of this motion to amend their answer.

A copy of the proposed amended answer is being filed simultaneously.

Dated: October 25, 2010

*Thomas N. Ganiaris*

Thomas N. Ganiaris
900 Mayer Drive
Wantagh, New York 11793
tg3461
Tele: (609) 206-1965
tngcjg@verizon.net
Attorney for Defendants and Third-Party Plaintiff