UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GETTY PETROLEUM MARKETING INC., | CIVIL ACTION NO. 2:10-cv-01484 |
| Plaintiff, | |
| vs. | Hon. Joseph F. Bianco |
| | Hon. A. Kathleen Tomlinson |
| R.D. CLARK & SONS, INC., ROBERT D. CLARK, JAMES P. CLARK, and JOHN D. CLARK, | |
| Defendants, | |
| R.D. CLARK & SONS, INC., | |
| Third-Party Plaintiff, | |
| vs. | |
| GREEN VALLEY OIL, LLC, and PAUL J. STENDARDI, | |
| Third-Party Defendants. | |

## MOTION FOR LEAVE TO FILE SUPPLEMENTAL REPLY BRIEFS OF GETTY PETROLEUM MARKETING INC., GREEN VALLEY OIL, LLC, AND PAUL STENDARDI

Charles T. Lee (CL 5932)
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, New York 10020
Tel.: (212) 278-1052
Fax: (212) 278-1733
clee@andersonkill.com

Joseph J. Cherico (JC 5830)
McCarter & English LLP
One Canterbury Green
201 Broad Street
Stamford, CT 06901
Tel.: (203) 399-5900
Fax: (203) 399-5800
jcherico@mccarter.com

Attorneys for Getty Petroleum Marketing Inc.,
Green Valley Oil, LLC, and Paul J. Stendardi

- 2 -

Plaintiff Getty Petroleum Marketing Inc. ("Getty") and Third-Party Defendants Green Valley Oil, LLC ("GVO"), and Paul J. Stendardi ("Mr. Stendardi") respectfully request leave to file two short supplemental reply memoranda of law in further support of the Motion for Summary Judgment and the Motion to Dismiss, respectively. (Attached hereto as Exhibits A and B.)

The purpose of these brief supplemental replies is to apprise the Court of new authority handed down or released subsequent to the submission of the parties' briefs filed on October 12, 2010. Accordingly, the moving parties respectfully seek leave to file these supplemental briefs.

The moving parties contacted opposing counsel to advise that they intend to file this motion and to determine whether counsel objects or consents. As of the time of filing, the moving parties have not yet received a response.

Dated: January 13, 2011

Respectfully submitted,

By _____

| | |
|---|---|
| Charles T. Lee (CL 5932) | Joseph J. Cherico (JC 5830) |
| Anderson Kill & Olick, P.C. | McCarter & English LLP |
| 1251 Avenue of the Americas | One Canterbury Green |
| New York, New York 10020 | 201 Broad Street |
| Tel.: (212) 278-1052 | Stamford, CT 06901 |
| Fax: (212) 278-1733 | Tel.: (203) 399-5900 |
| clee@andersonkill.com | Fax: (203) 399-5800 |
| | jcherico@mccarter.com |

Attorneys for Getty Petroleum Marketing Inc.,
Green Valley Oil, LLC, and Paul J. Stendardi